IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-21-JLK**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**RIGOBERTO RODRIGUEZ,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  A Hearing on Revocation of Supervised Release is set for **April 16, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 16, 2010